BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CV-00390-LKK-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER CERTIFICATE OF REASONABLE CAUSE |
| APPROXIMATELY $90,830.00 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff United States of America and claimant Charles M. Hilkey, Jr. (hereafter "claimant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

///
///
///
///
///

1

Stipulation for Dismissal

3. There was probable cause for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:  1/24/13	BENJAMIN B. WAGNER
	United States Attorney


	By:	/s/ Kevin C. Khasigian
		KEVIN C. KHASIGIAN
		Assistant U.S. Attorney


Dated:  1/24/13	By:	/s/ William J. Portanova
		WILLIAM J. PORTANOVA
		Attorney for Claimant
		Charles M. Hilkey, Jr.


IT IS SO ORDERED.

Dated: December 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT